UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY SHINER, | : |
| Plaintiff | : No. 3:12-CV-01683 |
| vs. | : (Judge Kosik) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant | : |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Gregory Shiner, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Gregory Shiner disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

EDWIN M. KOSIK
United States District Judge

Dated: May 2nd, 2014